**TO: Clerk's Office**

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

_____

**APPLICATION FOR LEAVE**
**TO FILE DOCUMENT UNDER SEAL**

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
UNITED STATES OF AMERICA
- against -
AMMAR AWAWDEH,
TIMOTHY MCCORMACK,
MAHMUD MOLLAH, and LONG PHI PHAM

24-MJ-404
_____
Docket Number

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

SUBMITTED BY: Plaintiff____ Defendant____ DOJ ✓___
Name: _Kaitlin Farrell, Benjamin Weintraub, David Berman_
Firm Name:_USAO EDNY_____
Address:____271 Cadman Plaza East_____
_____
Phone Number:__(718) 254-6519_____
E-Mail Address:_benjamin.weintraub@usdoj.gov_____

INDICATE UPON THE PUBLIC DOCKET SHEET: YES_____ NO ✓
**If yes, state description of document to be entered on docket sheet:**

_____

_____

_____

**A) If pursuant to a prior Court Order**:
Docket Number of Case in Which Entered:_____
Judge/Magistrate Judge:_____
Date Entered:_____

_____

**B) If a new application,** the statute, regulation, or other legal basis that authorizes filing under seal

ongoing criminal investigation; risk of flight_____
_____

**ORDERED SEALED AND PLACED IN THE CLERK'S OFFICE, AND MAY NOT BE UNSEALED UNLESS ORDERED BY THE COURT.**

DATED:  Brooklyn

, NEW YORK

____6/4/24_____  _Cheryl Pollak_
____

**U.S. MAGISTRATE JUDGE**
RECEIVED IN CLERK'S OFFICE_____
                                                            DATE

**MANDATORY CERTIFICATION OF SERVICE**:
**A.)** ___ A copy of this application either has been or will be promptly served upon all parties to this action, **B.)** ___ Service is excused by 31 U.S.C. 3730(b), or by the following other statute or regulation:_____; or **C.)** _✓_ This is a criminal document submitted, and flight public safety, or security are significant concerns. (Check one)

/s/ Benjamin Weintraub

___06/04/2024_____  _____
         DATE                              SIGNATURE