## MINUTE ENTRY FOR CRIMINAL PROCEEDING

BEFORE MAG. JUDGE: **Marcia M. Henry**  DATE: **12/12/24**

DOCKET NUMBER: **24CR488(LDH)**  LOG#: **11:12 – 11:19**

DEFENDANT'S NAME: **Ammar Awawdeh**
✓ Present  ___ Not Present  ___ Custody  ✓ Bail

DEFENSE COUNSEL: **Mark Lesko**
___ Federal Defender  ___ CJA  ✓ Retained

A.U.S.A: **David Berman**  CLERK: **Felix Chin**

INTERPRETER: _____  (Language) _____

Defendant arraigned on the: ✓ indictment  ___ superseding indictment  ___ probation violation

✓ Defendant pleads NOT GUILTY to ALL counts.

___ DETENTION HEARING Held.  ___ Defendant's first appearance.

   ___ Bond set at _____. Defendant ___ released ___ held pending satisfaction of bond conditions.
   ___ Defendant advised of bond conditions set by the Court and signed the bond.
   ___ Surety (ies) sworn, advised of bond obligations by the Court and signed the bond.
   ___ (Additional) surety/ies to co-sign bond by _____

___ After hearing, Court orders detention in custody.  ___ Leave to reopen granted

___ Temporary Order of Detention Issued. Bail Hearing set for _____

___ At this time, defense counsel states on the record that the defendant does not have a bail application / package. Order of detention entered with leave to reapply to a Magistrate or to the District Court Judge to whom the case will be assigned.

✓ Order of Excludable Delay/Speedy Trial entered.  Start **12/12/24**  Stop **1/8/25**

___ Rule 5f warnings given to the govt.  ___ Medical memo issued.

___ Defendant failed to appear, bench warrant issued.

✓ Status conference set for **1/8/25 @ 3:00** before Judge **DeArcy-Hall**

Other Rulings: _____