

U.S. Department of Justice

United States Attorney
Eastern District of New York

BW
F. #2024R00288

271 Cadman Plaza East
Brooklyn, New York 11201

February 25, 2025

By ECF

The Honorable LaShann DeArcy Hall
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

    Re: United States v. Ammar Awawdeh
      Criminal Docket No. 24-488 (LDH)

Dear Judge DeArcy Hall:

  The government and counsel for the defendant Ammar Awawdeh respectfully submit this letter to jointly request that the Court adjourn for 60 days the status conference that is currently scheduled for February 27, 2025 at 3:00 p.m. The parties are actively engaged in plea negotiations and the parties request the adjournment to permit them to continue their discussions regarding a resolution of this matter short of trial. The parties also jointly request that the Court enter an Order of Excludable Delay, excluding the time from February 27, 2025 until the date of the next scheduled status conference.

            Respectfully submitted,

            JOHN J. DURHAM
            United States Attorney

      By:    /s/
            Benjamin Weintraub
            Assistant United States Attorney
            (718) 254-6519

cc: Clerk of Court (LDH) (by ECF)
   Counsel of Record (by ECF)