

**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

BW                                                    *271 Cadman Plaza East*
F. #2024R00288                                        *Brooklyn, New York 11201*

June 5, 2025

<u>By ECF</u>

The Honorable LaShann DeArcy Hall
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      Re:   United States v. Ammar Awawdeh
           <u>Criminal Docket No. 24-488 (LDH)</u>

Dear Judge DeArcy Hall:

      The government and counsel for the defendant Ammar Awawdeh respectfully submit this joint status letter in response to the Court's June 5, 2025 Order. The parties consent to the Court entering an Order of Excludable Delay from June 5, 2025 until June 30, 2025.

Respectfully submitted,

JOSEPH NOCELLA, JR.
United States Attorney

By:            /s/
        Benjamin Weintraub
        Assistant United States Attorney
        (718) 254-6519

cc:    Clerk of Court (LDH) (by ECF)
       Counsel of Record (by ECF)