

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

BW
F. #2024R00288

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

August 22, 2025

By ECF

The Honorable LaShann DeArcy Hall
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

   Re: United States v. Ammar Awawdeh
      Criminal Docket No. 24-488 (LDH)

Dear Judge DeArcy Hall:

  The government and counsel for the defendant Ammar Awawdeh respectfully submit this letter to jointly request that the Court adjourn for 60 days the status conference that is currently scheduled for August 27, 2025 at 3:00 p.m. The parties are actively engaged in plea negotiations and have made substantial progress towards a resolution of this matter since last appearing before the Court. The parties request the adjournment to permit them to continue their discussions regarding a resolution of this matter short of trial. The parties have also agreed not to request or exchange any discovery materials at this time. The parties also jointly request that the Court enter an Order of Excludable Delay, excluding the time from August 27, 2025 until the date of the next scheduled status conference.

            Respectfully submitted,

            JOSEPH NOCELLA, JR.
            United States Attorney

     By:     /s/

            Benjamin Weintraub
            Assistant United States Attorney
            (718) 254-6519