

ANTHONY M. LA PINTA
MARK J. LESKO
JAMES MISKIEWICZ

MICHAEL E. FEHRINGER

Michelle McCarthy, Office Manager

OF COUNSEL

PETER H. MAYER, III, PLLC.
Justice, NYS Supreme Court (Ret.)

MARK D. COHEN
Judge, NYS Court of Claims (Ret.)

CHRISTOPHER J. PURCELL, P.C.

January 23, 2026

**By ECF**
The Honorable LaShann DeArcy Hall
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re: *United States v. Ammar Awawdeh*, Criminal Docket No. 24-488 (LDH)

Dear Judge DeArcy Hall:

Earlier today, Mr. Awawdeh's wife underwent emergency cesarean section surgery and gave birth to two twin daughters. After providing notice to PreTrial Services, Mr. Awawdeh accompanied his wife last night to NYU Langone Tisch Hospital – 8 West, located at 550 1st Avenue, New York, NY 10016 (the "Hospital"), where she is currently admitted as a patient.

In the next few days, Mr. Awawdeh expects to spend a considerable amount of time with his wife and two newborn daughters at the Hospital, and he requests permission to travel between his apartment and the Hospital for brief periods of time to attend to necessary household tasks, such as obtaining clothes and caring for their cats.

Mr. Awawdeh is currently released on home detention with strict work hours, and he wears a location monitor. To our knowledge, there have been no recent violations of his conditions of release. We respectfully request that, on a temporary basis, Mr. Awawdeh be allowed to attend to his wife while she is a patient at the Hospital, and to take brief trips to his residence to handle necessary home-related tasks.


Given the time-sensitive nature of this application and its filing at this late hour, I was unable to obtain the position of the Pre-Trial Services Agency and the government.

Thank you for your consideration of this request.

Very truly yours,

Mark J. Lesko

cc:     Clerk of Court (by ECF)
        AUSA Benjamin Weintraub (via E-Mail & ECF)
        AUSA David Berman (via E-Mail & ECF)
        Pre-Trial Services Agency (via E-Mail)
        Matin Emouna, Esq. (via ECF)