

**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

BW
F. #2024R00288

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

July 9, 2026

By ECF

The Honorable LaShann DeArcy Hall
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

    Re:  United States v. Awawdeh
       Criminal Docket No. 24-488 (LDH)

Dear Judge DeArcy Hall:

    As discussed at the June 9, 2026 status conference, the parties submit this joint status update. Since the June 9, 2026 status conference, the parties have been in continued negotiations regarding a resolution of this matter short of trial and have reached a plea agreement. The parties are in the process of scheduling the defendant's change of plea hearing.

         Respectfully submitted,

         JOSEPH NOCELLA, JR.
         United States Attorney

      By:     /s/
         Benjamin Weintraub
         Assistant United States Attorney
         (718) 254-6519

cc:  Clerk of Court (LDH) (by ECF)
   Counsel of Record (by ECF)