Before:       THE HONORABLE LeShann DeArcy Hall
              United States District Court
              Eastern District Of New York
-------------------------------------------------------------------------X

UNITED STATES  OF AMERICA                                      24-488 (LDH)


                              -v.-
                                                      NOTICE OF
                                                      WITHDRAWAL OF
                                                      APPEARANCE


AMMAR AWAWDEH
                              Defendant
-------------------------------------------------------------------------X

        PLEASE TAKE NOTICE, Alan Gerson, Esq. hereby withdraws as counsel for Defendant

AMMAR AWAWDEH..


Dated:  Cedarhurst, New York
        July 10, 2026

                                        Yours,  etc.

                                        s/ Alan Gerson

                                        Alan Gerson, Esq.
                                        LAW OFFICE OF JOEL REBACK
                                        445 Central Avenue, Suite 208
                                        Cedarhurst, New York 11516
                                        (O)516-612-3272
                                        (C)516-510-8717
                                        (F)516-612-3273
                                        agerson@montaguelaw.com